NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES ALVARIS DAWSON,       )
DOC #L13487                   )
                             )
          Appellant,          )
                             )
v.                           )          Case No. 2D18-79
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.           )
_____ )

Opinion filed August 8, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.

PER CURIAM.

                    Affirmed.

CASANUEVA, KHOUZAM, and BADALAMENTI, JJ., Concur.